**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Jeffersonville Healthcare & Rehab, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1463934** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **113 Spring Valley Drive** **Jeffersonville, GA 31044** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Twiggs** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor  **Jeffersonville Healthcare & Rehab, LLC**                    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Jeffersonville Healthcare & Rehab, LLC**
      Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Jeffersonville Healthcare & Rehab, LLC**                    Case number (*if known*) _____
         Name

| | |
|---|---|

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 22, 2016**
                 MM / DD / YYYY

**X** **/s/ Debbie Jones**                              **Debbie Jones**
Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ David J. Fulton**                           Date  **January 22, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**David J. Fulton**
Printed name

**Scarborough & Fulton**
Firm name

**701 Market Street, Suite 1000**
**Chattanooga, TN 37402**
Number, Street, City, State & ZIP Code

Contact phone   **(423) 648-1880**      Email address   **DJF@sfglegal.com**

**6102**
Bar number and State

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Jeffersonville Healthcare & Rehab, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 22, 2016** _____   **/s/ Debbie Jones** _____

**Debbie Jones**/**Managing Member**
Signer/Title

Date:   **January 22, 2016** _____   **/s/ David J. Fulton** _____

Signature of Attorney
**David J. Fulton 6102**
**Scarborough & Fulton**
**701 Market Street, Suite 1000**
**Chattanooga, TN 37402**
**(423) 648-1880   Fax: (423) 648-1881**

.

3MC CONSULTING
PO BOX 6541
Macon, GA 31208

Ability Network Inc
Dept CH 16577
Paletine, IL 16577

Accurate Healthcare Inc
493 Cave Road
Nashville, TN 37210

Adcare Health Systems
145 Hembree Road
Roswell, GA 30076

Advanced Disposal
Macon Q5
PO Box 743019
Atlanta, GA 30374-3019

Advanced Medical
PO Box 842429
Boston, MA 02284-2429

Alere Toxicology
Box 347147
Pittsburgh, PA 15251-4147

Alere Toxicology, Inc
PO Box  122545
Dept DA
Dallas, TX 75312-2545

Allcare Medical of Georgia, LLC
164 Milesstone Way Suite 210
Greenville, SC 29615

ALLENS HEATING & COOLING
318 ROWE STREET
P.O. BOX 4570
Dublin, GA 31040

AMANDA TOMPKINS
5300 OGDEN STREET
Eastman, GA 31023

American Association for LTC Nursing
PO Box 62956
Cincinnati, OH 45262-0956

AMERICAN MEDICAL SYSTEMS, INC.
808 GRAY HIGHWAY
Macon, GA 31211

American TechCorp
PO Box 39036
Lakewood, WA 98499

ARROW EXT
4931 A MERCER UNIVERSITY DR
Macon, GA 31204

Beckner, Amanda Do not use
1447 Tommie Thompson Road
Jeffersonville, GA 31044

BlueCross BlueSheild of TN
Group Receipts Department
PO BOx 6539
Carol Stream, IL 60197-6539

Boston, Patricia
2101 James Evans Road
Rentz, GA 31075

Briggs Healthcare
PO Box 1355
Des Moints, IA 50306-1355

Briggs Healthcare
PO Box 1355
Des Moines, IA 50306-1355

C & P Glass Services LLC
110 Wes Macon Park Drive
Macon, GA 31210

CAROLYN ELAINE DISHER
PO BOX 278
BOLINGBROKE

Cass Information Systems, Inc
PO Box 50217
Jacksonville Beach, FL 32240-0217

Central Georgia Home Care Services Inc
PO Box 116209
Atlanta, GA 30368-6209

CHASE CARD SERVICES
P.O. BOX 15123
WILMINGTON, DE 19850-5123

Chattanooga Business Machines, Inc
6220 Airpark Drive
Chattanooga, TN 37421

Choice Care Ambulance Service
621 Academy Ave
Dublin, GA 31201

Cintas Document Management
PO Box 631025
Cincinnati, OH 45263-1025

City Of Jeffersonville
PO Box 223
Jeffersonville, GA 31044-0223

City of Jeffersonville
Tax Department
PO Box 223
Jeffersonville, GA 31044-0223

Clinical Laboratory Serice Inc
189 W Athens St Ste 2-5
PO Box 1771
Winder, GA 30680-1784

Commercial Services
2465 St. Johns Bluff Rd South
Jacksonville, FL 32246

Creative Business Audio
7012 Madison Ave
Suite A
Des Moines, IA 50322

D&T Rentals
4704 Hixson Pike
Hixson, TN 37343

Data Facts
PO Box 4276
Cordova, TN 38088-4276

Data Management Business Records
1955 Dove Street
Macon, GA #####-####

Davis, Fred
C/o Jeffersonville Healthcare
113 Spring Valley Drive
Jeffersonville, GA 31044

DELORA BIBB
1220 E STAGECOACH ROAD
Limestone, TN 37681

Direct Supply
Box 88201
Milwaukee, WI 53288-0201

DirectTV
PO Box 60036
Los Angeles, CA 90060-0036

Diversified Maintenance and Repairs Inc
833 Bobby Jones Drive
Dublin, GA 31021

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

eSolutions, Inc
WS # 165
PO Box 414378
Kansas City, MO 64141

Extended Care Products Inc
PO Box 4852
Johnson City, TN 37602-4852

Family Behavioral Care
PO Box 4522
135 North Crest Blvd
Macon, GA 31210

Fire Protection Services, Inc
PO Box 1342
Perry, GA 31069

FREDERICK K. YOUNGMAN
5208 Treelodge Parkway
Sandy Springs, GA 30350

GA Eye Care Center
PO Box 6957
Macon, GA 31208-6957

GA Health Care Association
160 Country Club Drive
Stockbridge, GA 20281

Gayco Healthcare Pharmacy
507 Industrial Blvd
Dublin, GA 31021

GE Capital
PO Box 740441
Atlanta, GA 30374-0441

Generational Nutrition Consultants
PO Box 91
Eagleville, TN 37060

Georgia Cooling Wrner Robins Inc
3011 Moody Road
Bonaire, GA 31005

Georgia Neurosurgical Institute, PA
840 Pine street
Suite 880
Macon, GA 31201-7525

Gibson, Mike (Expense)
421 Yellowbird St
Taylors, SC 29687

GREASE MASTERS
612 JACKSON RD
Round Oak, GA 31038

Grove Medical Inc
1089 Park West Blvd
Greenville, SC 29611

Guardian
PO Box 677458
Dallas, TX 75267-7458

HireRight, Inc
PO Box 847891
Dallas, TX 75284-7891

Infinite Energy
Payment Center
PO Box 105247
Atlanta, GA 30348-5247

It's Never 2 Late, LLC
Department 999254
PO Box 173802
Denver, CO 80217-3850

IVANS, Inc
PO Box 850001
Orlando, FL 32885-0033

Jeffersonville Healthcare Resident Trust
113 Spring Valley Drive
Jeffersonville, GA 31044

Jes Food Equipment Inc
dba Hobart Sales
3186 Mercer University Dr
Macon, GA 31204-5199

Joerns LLC
19748 Dearborn Street
Chatsworth, CA 91311-6509

Johnson, Veronica (Expense0
2060 Ave Q Ensley
Birmingham, AL 35218

KELLY DUFF
1984 ROCK SPRINGS ROAD
Columbia, TN 38401

Kroger Check Recovery Center
PO Box 30650
Salt Lake City, UT 84130

LAURA FERGUSON
82 SPRING VALLEY DRIVE
Jeffersonville, GA 31044

Leverett, Connie
108 Shirley Drive, NE
Milledgeville, GA 31061

Little, Margaret
1307 Tommie Thompson Road
Jeffersonville, GA 31044

LoneStar Badge & Sign
PO Box 387
Martindale, TX 78655

LYNDA RYALS STONE
60 HILLCREST DRIVE
Jeffersonville, GA 31044

McSween, Rochelle
120 Kentucky Way
Mcdonough, GA 30252

Medical Collection Group LLC
PO Box 49094
Tampa, FL 33646

MedPro EMS
21 N Lee Street
Forsyth, GA 31029

MELISSA STETTLER
110 CAPSTAN COURT
Savannah, GA 31410

Mobile Images Acquisition, LLC
PO BOcx 21780
Chattanooga, TN 37424-0780

MobilexUSA
PO Box 17462
Baltimore, MD 21297-0518

Modern Way Printing & Fulfillment
PO Box 707
Ooltewah, TN 37363-0707

Moore, Mary
C/o Jeffersonville Healthcare
113 Spring Valley Drive
Jeffersonville, GA 31044

National Benefit Services, LLC
PO Box 6980
West Jordan, UT 84084-4000

National DataCare Corporation
Processing Center
PO Box 222430
Chantilly, VA 20153-2430

Nethery, Brigetta (Expense)
709 Northbrook Dr
Hixson, TN 37343

Network Services Company
Lockbox#231805
1805 Momentum Pl
Chicago, IL 60689

Next Generation Enrollment,Inc
PO Box 527
Ada, MI 49301

NGMT Inc
1742 Candler Road
Gainesville, GA 30507-8427

Oconee EMC
PO Box 37
Dudley, GA 31022-0037

Onward Healthcare
PO Box 27421
New York, NY 10087-7421

Optima Healthcare Solutions Inc
PO Box 2766
Stuart, FL 34995

Optima Solutions2
322 South 6th Street
Griffin, GA 30224

Patient Placement System
2655 Northwinds Parkway
Alpharetta, GA 00030-0009

Patterson Medical
PO Box 93040
Chicago, IL 60673-3040

Peakcock, Michael
911 Plaza Ave, Suite C
Eastman, GA 31023

Perry's Heat & Air Repair
John Robinson Trail
Dublin, GA 31021

Pike's Peak Performance HVACR, LLC
922 Gardner Dr
Perry, GA 31069

Premier Heating & Air
2025 White Springs Road
Glenwood, GA 30428

Pro-Aire
1111 Leverette Road
Warner Robins, GA 31088

Professional Clinical Lab
3020 Wichita Court
Fort Worth, TX 76140-1710

Quality Laundry Services, LLC
474388 State Rd 200
Suite00
Fernandina Beach, FL 32034

Reece Heating and Air LLC
252A Lake Joy Road
Perry, GA 31069

Rehan, Muhammad
640 First Street
Macon, GA 31201

Relias Learning LLC
Dept CH 16894
Palatine, IL 60055-6894

ROCHELLE MCSWEEN
120 KENTUCKY WAY
Mcdonough, GA 30252

SANDRA RATHEL
58 26TH STREET NE
Cario, GA 39828

Sea-Trans, Inc.
PO Box 5083
Athens, GA 30604

Sharp Business Systems
Dept 1212
PO Box 121212
Dallas, TX 75312-1212

Shred-It USA
PO Box 13574
New York, NY 10087-3574

SimplexGrinnell
Dept CH 10320
Palatine, IL 60055-0320

Source Diagnostics of Georgia LLC
5275 Naiman Pkwy Suite E
Solon, OH 44139

Southeastern Equipment & Oxygen
1512 Redbud Road NE Suite 4
Calhoun, GA 30701

Southeastern Laundry Equipment Sales
1105 Shana Ct STE 1
Marietta, GA 30066

Staples Advantage
Dept ATL
PO Box 405386
Atlanta, TN 30384-5386

Staples Contract & Commerical Inc
7347 S Revere Parkway
Centennial, CO 80112

Stephens, Bobby
86 Yellow Rose Road
Dry Branch, GA 31020

Stericycle
PO Box 6582
Carol Stream, IL 60197-6582

Sysco Atlanta LLC
PO Box 490379
College Park, GA 30349

Teladoc
PO Box 974763
Dallas, TX 75397-4763

The Telegraph
PO Box 650826
Dallas, TX 75265-0826

Thomas & Thorgren
One Vantage Way Suite A-105
PO Box 280100
Nashville, TN 37228

TOMMY CHANCEY PLUMBING CO INC.
PO BOX 20694
Macon, GA 31205

Tri-State Techinical &
TL Equipment CO
PO Box 1259
Waycross, GA 31502-1259

TruMedical Solutions LLC
PO Box 1869
Collegedale, TN 37315

Twiggs County Tax Commissioner
PO Box 187
Jeffersonville, GA 31044-0187

United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039

VERONICIA JOHNSON
2060 AVR Q ENSLOY
Birmingham, AL 35218

Vikus Corporation
2255 Center Street
Chattanooga, TN 37421

Walker, Terry
1430 Bio Church Road
Hartwell, GA 30643

Waste Reduction Consultants
PO Box 50217
Jacksonville Beach, FL 32240-0217

WATSON PLUMBING & ASSOCIATES LLC
2996 GRAY HIGHWAY
Macon, GA 31211

Wescom Solutions Inc
PO Box 674802
Detroit, MI 48267-4802

Whiddon, Tammy
210 Southland Station #98
Warner Robins, GA 31088

Windstream
PO Box 9001908
Louisville, KY 40290-1908