The order is modified to delete the word "Amended" from the title.

**SO ORDERED.**
**SIGNED this 27th day of January, 2016**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

In re:

| | | |
|---|---|---|
| New Beginnings Care, LLC | ) | Case No. 1:16-bk-10272-NWW |
| Abbeville Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10273-NWW |
| Campus Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10275-NWW |
| Cedarcreek Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10276-NWW |
| Eastman Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10277-NWW |
| Edwards Redeemer Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10278-NWW |
| Goodwill Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10279-NWW |
| Jeffersonville Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10280-NWW |
| Mt Pleasant Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10282-NWW |
| Oceanside Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10283-NWW |
| Pinewood Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10284-NWW |
| Rockmart Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10285-NWW |
| Savannah Beach Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10286-NWW |
| Woodlands Healthcare & Rehab, LLC | ) | Case No. 1:16-bk-10287-NWW |
| | ) | |
| Debtors. | ) | Chapter 11 |

_____

ORDER GRANTING EXPEDITED AMENDED MOTION FOR JOINT ADMINISTRATION

_____

THIS CAUSE came before the Court at a hearing on January 26, 2016 at 10:00 a.m., on the motions of New Beginnings Care, LLC; Abbeville Healthcare & Rehab, LLC; Campus Healthcare & Rehab, LLC; Cedarcreek Healthcare & Rehab, LLC; Eastman Healthcare & Rehab, LLC; Edwards Redeemer Healthcare & Rehab, LLC; Goodwill Healthcare & Rehab, LLC; Jeffersonville Healthcare & Rehab, LLC; Mt Pleasant Healthcare & Rehab, LLC; Oceanside Healthcare & Rehab, LLC; Pinewood Healthcare & Rehab, LLC; Rockmart Healthcare & Rehab, LLC; Savannah Beach Healthcare & Rehab, LLC; and Woodlands Healthcare & Rehab, LLC; Debtors and Debtors-in-Possession (collectively, "Debtors") requesting the Court to permit joint administration of their Chapter 11 cases pursuant to Federal Rules of Bankruptcy Procedure 1015(b) (the "Motion"). Having considered the matter, the Court finds that joint handling of purely administrative matters may aid in expediting the Debtors' cases and rendering the process less costly, which is contemplated by Bankruptcy Rule 1015. See Advisory Committee Note to Bankruptcy Rule 1015.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned cases are to be jointly administered under Case No. 1:16-bk-10272-NWW, with respect to administrative matters only, in accordance with the provisions of Federal Rules of Bankruptcy Procedure 1015(b).

3. The joint caption of these cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| In re: ) | |
| ) | Jointly Administered Under |
| New Beginnings Care, LLC, et. al.   ) | Case No. 1:16-bk-10272-NWW |
| ) | |
| Debtors.   ) | Chapter 11 |
| ) | |
| ) | |

4.      All pleadings and papers filed in these cases, with the exception of proofs of claim, schedules, and lists of creditors, shall be captioned as in the preceding paragraph and may be filed in a single original and entered on a single docket.  Separate files shall be maintained for proofs of claim.

5.      All docket entries in these cases shall be made in the case of New Beginnings Care, LLC, Case No. 1:16-bk-10272-NWW. The Clerk is directed to make docket entries in Abbeville Healthcare & Rehab, LLC, (Case No. 1:16-bk-10273-NWW); Campus Healthcare & Rehab, LLC, (Case No. 1:16-bk-10275-NWW); Cedarcreek Healthcare & Rehab, LLC, (Case No. 1:16-bk-10276-NWW);  Eastman Healthcare & Rehab, LLC, (Case No. 1:16-bk-10277-NWW); Edwards Redeemer Healthcare & Rehab, LLC, (Case No. 1:16-bk-10278-NWW); Goodwill Healthcare & Rehab, LLC, (Case No. 1:16-bk-10279-NWW); Jeffersonville Healthcare & Rehab, LLC, (Case No. 1:16-bk-10280-NWW);  Mt Pleasant Healthcare & Rehab, LLC, (Case No. 1:16-bk-10282-NWW); Oceanside Healthcare & Rehab, LLC, (Case No. 1:16-bk-10283-NWW); Pinewood Healthcare & Rehab, LLC, (Case No. 1:16-bk-10284-NWW);   Rockmart Healthcare & Rehab, LLC, (Case No. 1:16-bk-10285-NWW); Savannah Beach Healthcare & Rehab, LLC, (Case No. 1:16-bk-10286-NWW); and

Woodlands Healthcare & Rehab, LLC (Case No. 1:16-bk-10287-NWW); substantially as follows:

> An order has been entered in this case directing joint administration of this case with the Chapter 11 bankruptcy case of New Beginnings Care, LLC, Case No. 1:16-bk-10272-NWW, which docket should be consulted for all matters affecting this case.

6. The Debtors have not requested substantive consolidation, and these cases are not being substantively consolidated.

# # #

PREPARED AND APPROVED FOR ENTRY:

SCARBOROUGH & FULTON

/s/ David J. Fulton_____
David J. Fulton, BPR# 06102
Attorney for Debtor
701 Market Street, Suite 1000
Chattanooga, Tennessee 37402
(423) 648-1880
(423) 648-1881 (facsimile)
djf@sfglegal.com