**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Jeffersonville Healthcare & Rehab, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **1:16-bk-10280** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases         12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adk Georgia**<br>**Ted Stapleton**<br>**2802 Paces Ferry Rd SE #100-B**<br>**Atlanta, GA 30339** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Advanced Disposal**<br>**PO Box 743019**<br>**Atlanta, GA 30374** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Chattanooga Business Machines**<br>**c/o David Ward**<br>**100 Cherokee Blvd Suite 204**<br>**Chattanooga, TN 37405** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clinical Lab Services**<br>**189 W Athens St Ste 2-5**<br>**Winder, GA 30680** |

Debtor 1  **Jeffersonville Healthcare & Rehab, LLC** _____  Case number *(if known)*  **1:16-bk-10280**
First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Data Facts**<br>**PO Box 4276**<br>**Cordova, TN 38088** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ecolab**<br>**PO BOX 905327**<br>**Charlotte, NC 28290** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ecolab Pest Control**<br>**26252 Network Pl**<br>**Chicago, IL 60673** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Little's All Season**<br>**1307 Tommy Thompson Rd**<br>**Jeffersonville, GA 31044** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mobile Images**<br>**PO Box 21780**<br>**Chattanooga, TN 37424** |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of | **Optima Healthcare Solutions**<br>**PO Box 2766**<br>**Stuart, FL 34995** |

| Debtor 1 | **Jeffersonville Healthcare & Rehab, LLC** | | Case number *(if known)* | **1:16-bk-10280** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

<div style="background:purple">**Additional Page if You Have More Contracts or Leases**</div>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| any government contract | |
| 2.1 1. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **PharMerica Corporation** |
| | **Phillip A. Martin** |
| List the contract number of any government contract | **101 South Fifth Street, 27th Floor** |
| | **Louisville, KY 40202** |
| 2.1 2. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Sea-Trans** |
| | **PO Box 5083** |
| List the contract number of any government contract | **Athens, GA 30604** |
| 2.1 3. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Stericycle** |
| | **28161 N. Keith Drive** |
| List the contract number of any government contract | **Lake Forest, IL 60045** |
| 2.1 4. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Vikus** |
| | **2255 Center St** |
| List the contract number of any government contract | **Chattanooga, TN 37421** |